CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
AUG 14 2006
JOHN F. CORCORAN, CLERK
BY: /s/ 
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| DERICK LAMONT BRANDON, ) | |
| Plaintiff, ) | Civil Action No. 7:06cv00473 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| SGT. B.L. BOOTH, ) | By: Hon. Jackson L. Kiser |
| Defendant. ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED** and **ORDERED** that this action shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1); all pending motions are hereby **DENIED as MOOT**; and this case will be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to the plaintiff and counsel of record for the defendants, if known.

**ENTER**: This 14th day of August, 2006.

/s/ Jackson L. Kiser
Senior United States District Judge